IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JENNIFER ICE,**

        **Plaintiff,**

**v.**                           **CIVIL ACTION NO. 1:06CV90**
                                        **(Judge Keeley)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**


                **ORDER ADOPTING MAGISTRATE JUDGE'S**
                 **OPINION/REPORT AND RECOMMENDATION**


     Pursuant to 28 U.S.C. §636(b)(1)(B), Rule 72(b), Federal Rules of Civil Procedure and Local Court Rule 4.01(d), on June 2, 2006, the Court referred this Social Security action to United States Magistrate John S. Kaull with directions to submit to the Court proposed findings of fact and a recommendation for disposition. On April 20, 2007 Magistrate Kaull filed his Report and Recommendation and directed the parties, in accordance with 28 U.S.C. §636(b)(1) and Rule 6(e), Fed. R. Civ. P., to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation and further directed the parties that failure to file objections would result in a waiver of the right to appeal from the judgment of this Court. The parties did not file any objections.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Upon consideration of the Magistrate Judge's recommendation and having received no written objections,[1] the Court accepts and approves the Report and Recommendation. Therefore, it is

**ORDERED** that Magistrate Kaull's Report and Recommendation be accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate. Accordingly,

1. The plaintiff's motion for Summary Judgment (Docket No. 9) is **GRANTED**;

2. The defendant's motion for Summary Judgment (Docket No. 11) is **DENIED**; and

3. The plaintiff's claim is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3), for further proceedings consistent with the recommendations contained in the Magistrate Judge's Report and Recommendation/Opinion; and

4. This civil action is **DISMISSED WITH PREJUDICE** and **RETIRED** from the docket of this Court.

The Clerk of Court is directed to enter a separate judgment order. Fed.R.Civ.P. 58. If a petition for fees pursuant to the

---

[1] Ice's failure to object to the Report and Recommendation not only waives his appellate rights in this matter, but also relieves the Court of any obligation to conduct a *de novo* review of the issues presented. See Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140, 148-153 (1985).

Equal Access to Justice Act (EAJA) is contemplated, the plaintiff is warned that, as announced in <u>Shalala v. Schaefer</u>, 113 S.Ct. 2625 (1993), the time for such a petition expires ninety days thereafter.

 The Clerk of the Court is directed to transmit copies of this Order to counsel of record.

DATED: May 18, 2007

            <u>/s/ Irene M. Keeley</u>
            IRENE M. KEELEY
            UNITED STATES DISTRICT JUDGE