IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 29 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| JENNIFER L. ICE | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) |  |
| 5. | ) | CIVIL ACTION NO. 1:06-CV-90 |
|  | ) |  |
| MICHAEL J. ASTRUE,[1] | ) |  |
| Commissioner of | ) |  |
| Social Security | ) | (JUDGE KEELEY) |
|  | ) |  |
| Defendant | ) |  |

## ORDER

Upon consideration of the Plaintiff's application for attorneys fees, and the Defendant's response with no objection thereto, it is hereby

**ORDERED** that the Defendant pay Susan K. McLaughlin, Esquire attorney fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of One Thousand Four Hundred and Eighty-Five Dollars ($1,485.00).

Date: August 29, 2007

Irene M. Keeley
UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former Commissioner Jo Anne B. Barnhart, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).